# EXHIBIT 17

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| **Claim 1:** A container assembly comprising: | Klein Tools advertises the Accused Products, including the 54806MB Tall Component Box, Full Width, as part of its MODbox™ Mobile Workstation. Klein Tools' webpage states that "[t]he MODbox Mobile Workstation is a modular System with locking components. Easily interchange products to customize and mobilize with vertical and side locking components."<br><br>Klein Tools' webpage provides images showing the use of the Accused Products, such as the 54806MB Tall Component Box, Full Width, to form the claimed "container assembly."<br><br>By way of example, Klein Tools' webpage provides a "MODbox™ Buildverse" that directs customers to a page enabling them to construct and purchase a full "MOD Build" container assembly that can include numerous configurations of the Accused Products, such as two 54806MB Tall Component Box, Full Width containers assembled together:<br><br>![Klein Tools MODbox Builderverse webpage screenshot showing product selection interface with MOD BUILD: x2 54806MB Tall Component Box, Full Width] |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| a first container comprising: | The 54806MB Tall Component Box, Full Width is a first container, as shown: |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| a first coupler extending from a first face of the first container, | The 54806MB Tall Component Box, Full Width comprises a first coupler extending from a first face of the first container, as shown: |
| the first coupler comprising two sidewalls, a back wall, and a rib, the back wall located between the two sidewalls, the two sidewalls and the back wall projecting from a depressed surface of the first face; | The first coupler of the 54806MB Tall Component Box, Full Width comprises two sidewalls, a back wall, and a rib, the back wall located between the two sidewalls, the two sidewalls and the back wall projecting from a depressed surface of the first face: |

3

| Independent Claim of '026 Patent | Representative Accused Product – 54806MB Tall Component Box, Full Width |
|---|---|
| | |
| and the rib extending from the back wall in a first direction; | The rib extends from the back wall in a first direction, as shown: |



| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| a lid pivotally attached to the first container; and | The 54806MB Tall Component Box, Full Width comprises a lid pivotally attached to the first container, as shown: |
| a toggle locking latch configured to latch the lid of the first container in a closed position; | The 54806MB Tall Component Box, Full Width has a toggle locking latch configured to lock the lid of the first container in a closed position, as shown: |

| Independent Claim of '026 Patent | Representative Accused Product – 54806MB Tall Component Box, Full Width |
|---|---|
|  | *[Image of 54806MB Tall Component Box, Full Width product with MODbox logo; blue arrow pointing to latch]* |
| a second container comprising: | Klein Tools' webpage provides images showing the use of the Accused Products, such as the 54806MB Tall Component Box, Full Width, to form the claimed "container assembly."<br><br>By way of example, Klein Tools' webpage provides a "MODbox™ Buildverse" that directs customers to a page enabling them to construct and purchase a full "MOD Build" container assembly that can include numerous configurations of the Accused Products, such as two 54806MB Tall Component Box, Full Width containers assembled together: |

6

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| |  The 54806MB Tall Component Box, Full Width can thus also be a second container, as shown: |

7

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| a second coupler extending from a second face of the second container, | The 54806MB Tall Component Box, Full Width has a second coupler extending from its second face: |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| the second coupler comprising a tongue offset from the second face, | The second coupler comprises a tongue offset from the second face: |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| the tongue extends in a second direction opposite the first direction, | The tongue extends in a second direction opposite the first direction:<br><br>First Direction<br><br>Second Direction |

10

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| the tongue of the second container is engageable with the rib of the first container; | The tongue of the 54806MB Tall Component Box, Full Width is engageable with the rib of a first container, such as another 54806MB Tall Component Box, Full Width:<br><br>As seen below, the first and second containers can be engaged:<br><br>![Klein Tools MOD BOX Builderverse screenshot showing 54806MB Tall Component Box, Full Width stacked configuration] |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| | An exemplary image showing the engagement is provided below: |
| a lid pivotally attached to the second container; and | The 54806MB Tall Component Box, Full Width comprises a lid pivotally attached to the second container, as shown: |

12

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| | |
| a toggle locking latch configured to latch the lid of the second container in a closed position; | The 54806MB Tall Component Box, Full Width has a toggle locking latch configured to lock the lid of the second container in a closed position, as shown: |

13

| Independent Claim of '026 Patent | Representative Accused Product – 54806MB Tall Component Box, Full Width |
|---|---|
|  |  |
| wherein the first and second couplers of the first and second containers engage each other when the first and second containers are slid with respect to each other along a sliding path defined by the rib and the tongue; | The first and second couplers of the first and second containers engage each other when the first and second containers are slid with respect to each other along a sliding path defined by the rib and the tongue. An exemplary image is provided below showing this engagement: |

14

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
|  |  |
| a locking latch arresting location defined by one of the first container or the second container; and | The 54806MB Tall Component Box, Full Width defines a locking latch arresting location, as shown in the image below: |

15

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| a locking latch coupled to the other of the first container or the second container, | The 54806MB Tall Component Box, Full Width also has a locking latch coupled to it: |
| the locking latch positionable in a locked position engaging the locking latch arresting location thereby limiting sliding displacement of the first container with respect to the second container. | The locking latch is positionable in a locked position engaging the locking latch arresting location thereby limiting sliding displacement of the first container with respect to the second container. As seen in the exemplary image below, when two 54806MB Tall Component Box, Full Width containers are used as the first and second container, the locking latch of one is positioned in the locking latch arresting location of the other container to limit sliding displacement: |

16

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
| |  |

| **Independent Claim of '026 Patent** | **Representative Accused Product – 54806MB Tall Component Box, Full Width** |
|---|---|
|  |  |