IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION and KETER HOME AND GARDEN PRODUCTS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KLEIN TOOLS, INC., <br><br> Defendant. | Case No. 1:24-cv-04928 <br><br> Honorable Andrea R. Wood |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C.§ 1659 AND FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to 28 U.S.C. § 1659, Defendant Klein Tools, Inc., ("Defendant" or "Klein") by and through its counsel, respectfully moves for a stay of the above-captioned case pending the resolution of a parallel proceeding in the United States International Trade Commission ("ITC"), captioned *Certain Storage Containers And Toolboxes, Organizers, Component Boxes, And Coolers*, Inv. No. 337-TA-1409 (the "1409 Investigation"), and to extend the deadline to respond to the complaint until after the Court issues an order lifting the stay, and for its motion states as follows:

1. On June 13, 2024, Plaintiffs Milwaukee Electric Tool Corporation and Keter Home & Garden Products Ltd. (collectively "Plaintiffs" or "Milwaukee") filed this action alleging infringement of U.S. Patent Nos. 11,365,026, 11,794,952, and 11,952,167. *See* Dkt. 1. On the same day, Plaintiffs filed a complaint under Section 337 of the Tariff Act of 1930, as amended, requesting that the ITC institute an investigation against Klein for alleged infringement of the same three patents. A copy of Plaintiffs' request and the ITC complaint is attached here as **Exhibit A**. The ITC instituted the 1409 Investigation on July 15, 2024, after which a Notice of Investigation

was published in the Federal Register on July 19, 2024. *See* 89 Fed. Reg. 58764. The Notice of Investigation identifies Klein Tools, Inc. as the respondent in the 1409 Investigation.

2. Section 1659 of Title 28 provides: "In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). A stay under this section is mandatory and must be granted if made within thirty days from the later of (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Remy Cointreau USA, Inc.*, 541 F. App'x 985, 987 (Fed. Cir. 2013) (upholding the district court's stay of all proceedings under 28 U.S.C. § 1659(a) until the ITC proceedings became final).

3. This action and the 1409 Investigation involve the same parties and same asserted patents. Thus, the conditions of 28 U.S.C. § 1659 are satisfied and this action must be stayed until the ITC issues a final determination in the 1409 Investigation. This motion is submitted within thirty days of Klein being named as Respondent in the instituted ITC 1409 Investigation and is therefore timely filed. *See* 19 C.F.R. § 210.10(b). Counsel for Klein communicated with counsel for Plaintiffs regarding this motion on July 23, 2024 via email, and Plaintiffs advised that they do not oppose the motion or requested stay of this action. The parties further agree to meet and confer, at such time as the stay is lifted, to discuss Defendant's deadline to respond to the complaint.

4. In requesting a stay, Klein expressly reserves all of its objections and defenses to Plaintiffs' complaint in this action, including without limitation, any defenses based on lack of jurisdiction, improper venue, insufficiency of process, and insufficiency of service of process.

WHEREFORE, Klein respectfully requests this Court stay this action pending a Final Determination of the ITC in the 1409 Investigation and extend the deadline for Klein's response to the complaint until after the Court issues an order lifting the stay.

DATED: July 25, 2024  Respectfully submitted,

s/ *Brianne M. Straka*
David A. Nelson
Brianne M. Straka
Attorneys for Defendant
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
davenelson@quinnemanuel.com
briannestraka@quinnemanuel.com

*Counsel for Defendant
Klein Tools, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C.§ 1659 AND FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *Brianne M. Straka*
Brianne M. Straka
