# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Milwaukee Electric Tool Corporation, et al.

              Plaintiff,

v.                    Case No.: 1:24−cv−04928
                   Honorable Andrea R. Wood

Klein Tools, Inc.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

   MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 8/15/2024. Based on the discussion held on the record, Defendant's unopposed motion to stay and for an extension of time to respond to the complaint [14] is granted. The court stays this case pending a resolution of the USITC investigative proceedings. The Defendant will not be required to answer the complaint until further order of the court. The parties are directed to submit a joint status report by 11/15/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.